UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| BENTLY BARRETT, | ) | No. SACV 12-193 PSG (FFM) |
| Plaintiff, | ) ) | ORDER ACCEPTING FINDINGS, CONCLUSIONS AND |
| v. | ) ) | RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| JOHN NETHERLAIN, *et al.*, | ) ) | |
| Defendants. | ) ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the entire record in this action, the attached Report and Recommendation of United States Magistrate Judge ("Report"), and the objections thereto. Good cause appearing, the Court concurs with and accepts the findings of fact, conclusions of law, and recommendations contained in the Report after having made a de novo determination of the portions to which objections were directed.

IT IS ORDERED that the motions for summary judgment filed by defendants Riley, Ryan, and Munoz are granted in part and the remaining claims are dismissed without prejudice as follows:

    (1) Summary judgment against plaintiff and in favor of Riley, Ryan, and Munoz on Claim One is granted;

/ / /

/ / /

  (2) Summary judgment against plaintiff and in favor of Riley, Ryan, Munoz, and Netherlain on Claim Two is granted; and

  (3) Claims Three, Four, and Five are dismissed without prejudice.

DATED:  September 25, 2013

               PHILIP S. GUTIERREZ
               United States District Judge