UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| BENTLY BARRETT, | ) | No. SACV 12-193 PSG (FFM) |
| Plaintiff, | ) ) | |
| | ) | JUDGMENT |
| v. | ) ) | |
| JOHN NETHERLAIN, *et al.*, | ) ) | |
| Defendants. | ) ) | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Complaint is dismissed with prejudice as to Claims One and Two and without prejudice as to Claims Three, Four and Five.

DATED:  September 25, 2013

PHILIP S. GUTIERREZ
United States District Judge